# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0256.  JACKIE D. OWENS v. RONALD K. SILVEY.**

After the grant of his motion to proceed in forma pauperis, prison inmate Jackie D. Owens filed a civil action against his attorney, Ronald Silvey. Silvey filed a motion to dismiss the action, which the trial court granted.  Challenging the trial court's order, Owens filed this direct appeal and an application for discretionary appeal, which was docketed as Case No. A14D0037.  We lack jurisdiction.

Because Owens is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996. OCGA § 42-12-1 et seq. Pursuant to OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35."  Thus, Owens's filing of a discretionary appeal was appropriate.   However, on October 1, 2013, we denied Owens's application, which operated as an adjudication on the merits.  See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).

Owens is not authorized to file a direct appeal, and this appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/23/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*